UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
HAKAN YUCESOY,                      )
on behalf of himself and all others )
similarly situated,                 )
                                    )
             Plaintiff,             )   C.A. No. 14-cv-13938
                                    )
      v.                            )
                                    )
UBER TECHNOLOGIES, INC.,            )
TRAVIS KALANICK, and RYAN GRAVES,   )
                                    )
             Defendants.            )
_____)

## RESPONSE (STATEMENT OF NON-OPPOSITION) TO DEFENDANTS' REQUEST TO TRANSFER VENUE

Defendants have removed this case to federal court and have now filed a motion (Doc. 7) arguing that this case should be litigated in federal court in California, before the Honorable Edward M. Chen, who is presiding over a related case, O'Connor et al. v. Uber Technologies, N.D. Cal. Docket No. 13-03826-EMC.  Having considered the matter, Plaintiffs hereby state they do not oppose Defendants' request for a transfer of this case to the Northern District of California, as a related case to O'Connor.

Respectfully submitted,

HAKAN YUCESOY, individually and on behalf of all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801 (fax)
Email: sliss@llrlaw.com

Dated: October 31, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, a copy of this document was served by electronic filing on all counsel of record.

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, Esq.